**Electronically Filed
Supreme Court
SCPW-22-0000575
28-NOV-2022
12:04 PM
Dkt. 12 ODDP**

SCPW-22-0000575

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

GUY BARRETT and RONETTE BARRETT, Petitioners,

vs.

THE HONORABLE THOMAS A.K. HAIA,
Judge of the District Court of the First Circuit,
State of Hawaiʻi, Respondent Judge,

and

MERVINA CASH-KAEO, Respondent.

_____

ORIGINAL PROCEEDING
(1DRC-21-0005397)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of the petition for writ of mandamus, filed on October 24, 2022, and the record, Petitioners have not demonstrated a clear and indisputable right to relief and a lack of alternative means to seek relief. An extraordinary writ is not warranted. See Kema v. Gaddis, 91 Hawaiʻi 200, 204-05, 982 P.2d 334, 338-39 (1999). Accordingly,

It is ordered that the petition is denied.

DATED: Honolulu, Hawai‘i, November 28, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins